UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SURGERY CENTER OF VIERA, LLC,

    *Plaintiff,*            CASE NO.: 6:19-cv-00238-CEM-TBS

vs.

UNITEDHEALTHCARE, INC., WELLS FARGO &
COMPANY HEALTH PLAN, WELLS FARGO
& COMPANY, and WELLS FARGO BANK, N.A.,

    *Defendants,*
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____
_____

X___ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions Upon each party no later than fourteen days after appearances of the party.

                                              Respectfully submitted,

                                              **CALLAGY LAW, P.C.**

                                              /s/ Jeffrey L. Greyber
                                              **Jeffrey L. Greyber, Esq.**
                                              Florida Bar No. 41103
                                              1900 N.W. Corporate Blvd., Suite 310W
                                              Boca Raton, FL 33431

(561) 405-7966 (o); (201) 549-8753 (f)
jgreyber@callagylaw.com
hcasebolt@callagylaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2019, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF.

/s/ Jeffrey L. Greyber
**Jeffrey L. Greyber, Esq.**